IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| John S. Stritzinger, | ) | C/A No. 3:15-1469-TLW-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Bank of America; Vernon MC Wright; Charles Holliday; Brian Moynihan; United States of America; Walter Massey, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This is a civil action filed by a *pro se* litigant. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

By orders issued on April 22, 2015 and May 20, 2015, the court allowed Plaintiff an opportunity to bring this case into proper form for initial review. (ECF Nos. 8 & 22.) Plaintiff has now complied with the court's orders.

**PAYMENT OF THE FILING FEE**:

Plaintiff submitted an Application to Proceed Without Prepayment of Fees and Affidavit (Form AO240), which the court construed as a motion for leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. (ECF No. 17-1.) A review of the motion reveals that Plaintiff should be relieved of the obligation to prepay the full filing fee. Therefore, Plaintiff's motion for leave to proceed *in forma pauperis* is granted (ECF No. 17), subject to the court's right to require a payment if Plaintiff's financial condition changes, and to tax fees and costs against Plaintiff at the conclusion of this case if the court finds the case to be without merit. *See Flint v. Haynes*, 651 F.2d 970, 972-74 (4th Cir. 1981).

**CLERK OF COURT**:

The Clerk of Court is directed *not* to issue the summonses for service of process at this time.

**IT IS SO ORDERED**.

_____
June 30, 2015                    Paige J. Gossett
Columbia, South Carolina         UNITED STATES MAGISTRATE JUDGE